JAMES PRICE, AN INCOMPETENT, BY HIS GUARDIAN v. PETER PRICE, FRANKLIN ARNOLD ET AL.

*Costs withheld on affirmance.*

Each party may be left to pay his own costs where a decree of dismissal is affirmed in a doubtful case.

Appeal from Macomb. Submitted January 20. Decided April 27.

BILL of foreclosure. Dismissal of bill affirmed.

*D. N. Lowell* and *A. B. Maynard* for complainant.

*Crocker & Hutchins* for defendant Arnold.

GRAVES, J. The court is not satisfied that any case is made for relief in this cause and the decree below dismissing the bill is therefore affirmed, and under the circumstances each party will be left to pay his own costs.

The other Justices concurred.